IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF:

Administrative Inspection

Gerald E Sullivan MD
Sullivan Medical Clinic
6040 W. Lisbon Avenue, #200
Milwaukee, WI 53210

Case No. 19-M-042

## RETURN FOR ADMINISTRATIVE INSPECTION WARRANT

Lisa Kaplan, Diversion Investigator, Milwaukee District Office, Drug Enforcement Administration (DEA), received an Administrative Inspection Warrant (AIW) on April 5, 2019, in the above matter. A true and correct copy of the AIW is attached hereto.

On April 8, 2019, at approximately 10:35 a.m., DEA Diversion Investigator Lisa Kaplan, along with other investigators, conducted an Administrative Inspection of the premises described in the AIW. A true and correct certified copy of the warrant was left with Gerald E Sullivan MD at 6040 West Lisbon Avenue, #200, Milwaukee, Wisconsin 53210.

During the course of the execution of the AIW, records and items were collected and a written inventory and receipt prepared as provided for in the AIW and pursuant to 21 U.S.C. § 880(d)(3). A copy of the receipt and inventory are attached hereto. In addition, copies of digital evidence were also obtained.

Lisa Kaplan
Diversion Investigator
Drug Enforcement Administration

Subscribed and sworn to and returned before me this 10th day of April, 2019.

_____
HONORABLE DAVID E JONES
United States Magistrate Judge
United States District Court for the
Eastern District of Wisconsin

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Ted Bell
6040 W. LISBON AVE., STE #200
MILWAUKEE, WI 53210

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE:** SULLIVAN, GERALD M.D.

**DATE:** 4/8/19

**DIVISION/DISTRICT OFFICE:** DEA
4725 W. ELECTRIC AVE.
W. MILWAUKEE, WI 53219

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (if Applicable) |
|---|---|---|
| | MEDICAL RECORDS FOR THE FOLLOWING: | EVIDENCE |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type):** DI LISA KAPLAN

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type):** DI LAURIE KAUFMANN

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP Code), if applicable)
6040 W. LISBON AVE, #200
MILWAUKEE, WI 53210

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE:** SULLIVAN, GERALD M.D.

**DATE:** 4/8/19

**DIVISION/DISTRICT OFFICE** DEA
4725 W. ELECTRIC AVE.
W. MILWAUKEE, WI 53219

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | MEDICAL RECORDS FOR THE FOLLOWING: | EVIDENCE |
| | [redacted] | |

**RECEIVED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** DI LISA KAPLAN

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** DI LAURIE KAUFMANN

FORM DEA-12 (8-02) *Previous editions obsolete*    Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE) if applicable)
6040 W. LISBON AVE., #200
MILWAUKEE, WI 53210

FILE NO.:

G-DEP IDENTIFIER:

FILE TITLE: SULLIVAN, GERALD M.D.

DATE: 4/8/19

DIVISION/DISTRICT OFFICE: DEA
4725 W. ELECTRIC AVE.
W. MILWAUKEE, WI 53219

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | MEDICAL RECORDS FOR THE FOLLOWING: | EVIDENCE |
| | [REDACTED] | |
| | NOTHING FOLLOWS | |

RECEIVED BY (Signature): [signature]
NAME AND TITLE (Print or Type): DI LISA KAPLAN

WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): DI LAURIE KAUFMANN

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

4 OF 4

**TO:** (Name, Title, Address (Including ZIP CODE, if applicable))

6040 W. LISBON AVE., #200
MILWAUKEE, WI 53219

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**
SULLIVAN, GERALD M.D.

**DATE** 4/8/19

**DIVISION/DISTRICT OFFICE** DEA
4725 W. ELECTRIC AVE.
W. MILWAUKEE, WI 53219

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 21 TABS | SEALED BOX — LYRICA 50 mg | EVIDENCE |
| 21 CAPS | SEALED BOX — LYRICA 75 mg | |
| 18 | Rx BOTTLES OF NON-CONTROLLED MEDICATIONS RETURNED BY PATIENTS | |
| NOTHING FOLLOWS | | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
DI LISA KAPLAN

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
DI LAURIE KAUFMANN

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version